Matter of Stevens (2025 NY Slip Op 01543)

Matter of Stevens

2025 NY Slip Op 01543

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., OGDEN, NOWAK, DELCONTE, AND KEANE, JJ. (Filed Feb. 3, 2025.)

&em;

[*1]MATTER OF VINTON BOVIER STEVENS, A DISBARRED ATTORNEY.

MEMORANDUM AND ORDER
Order entered striking name from roll of attorneys, effective November 6, 2024, pursuant to Judiciary Law § 90 (4) (b).